UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MARSHALL ALLEN COATS,<br>Plaintiff,<br>v.<br>NICK HOKE et al.,<br>Defendants. | CASE NO. 3:26-cv-05867-DGE-MLP<br>ORDER ADOPTING REPORT AND RECOMMENDATION (DKT. NO. 14) |

The Court, having reviewed Plaintiff's complaint, the Report and Recommendation (Dkt. No. 14) of the Honorable Michelle L. Peterson, United States Magistrate Judge, and the remaining record, hereby ORDERS:

1. The Report and Recommendation (Dkt. No. 14) is approved and ADOPTED.
2. Plaintiff's complaint (Dkt. No. 6) and this action are DISMISSED, WITH PREJUDICE, as time barred. The Clerk shall count this dismissal as a strike under 28 U.S.C. § 1915(g).

3. The Clerk is directed to send copies of this Order to Plaintiff and to Judge Peterson.

Dated this 28th day of October 2026.

David G. Estudillo
United States District Judge